## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENNETH CICILIONI and** | : |
| **ELIZABETH CICILIONI, his wife,** | |
| | : |
| **Plaintiffs,** | **CIVIL ACTION NO. 3:15-02293** |
| | : |
| **v.** | **(JUDGE MANNION)** |
| | : |
| **DICKSON CITY WALMART** | |
| **SUPERCENTER and/or** | : |
| **WAL-MART, INC. and/or** | |
| **and/or WAL-MART STORES** | : |
| **EAST, L.P., and/or STACY FRYE,** | |
| | : |
| **Defendants.** | |
| | : |

## ORDER

In light of the memorandum issued this same day, **IT IS HEREBY**

**ORDERED, THAT:**

**(1)**   The plaintiffs' motion to remand, (Doc. 4), is **GRANTED**;

**(2)**   The defendants' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), (Doc. 6), is **MOOT**; and

**(3)**   The case is **REMANDED** to the Pennsylvania Court of Common Pleas for Luzerne County.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: July 8, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2293-01-order.wpd